**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922
Email: jwells@mcguirewoods.com

Attorneys for Defendant
The 1 Delivery Service Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DICKINSON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>THE 1 DELIVERY SERVICE INC., a California corporation,<br><br>           Defendant. | CASE NO. 3:21-cv-00813-CRB<br><br>**STIPULATION AND NOTICE OF SETTLEMENT** |

This Stipulation and Notice of Settlement is made by and between Plaintiff Scott Dickinson, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant The 1 Delivery Service Inc. ("Defendant") through their respective counsel and in light of the following facts:

### **RECITALS**

WHEREAS, on February 2, 2021, Plaintiff filed a complaint against Defendant.

WHEREAS, on March 19, 2021, Defendant filed an answer to Plaintiff's complaint.

WHEREAS, on May 20, 2021, the parties filed a stipulation to continue the initial case management conference and all associated deadlines for 45-days so the parties could focus on settling this matter. ECF No. 18.

WHEREAS, on May 21, 2021, the Court ordered the initial case management conference continued until July 23, 2021, and all associated deadlines continued for 45-days. ECF No. 19.

WHEREAS, the parties have reached a conditional settlement and expect to file a stipulated dismissal of the entire action with prejudice within the next 45 days.

WHEREAS, in light of the foregoing, the parties request that the Court vacate all deadlines and hearings, including the July 16, 2021 deadline to file a joint case management statement and July 23, 2021 initial case management conference.

IT IS STIPULATED

DATED: June 29, 2021                    EDELSBERG LAW, P.A.


                                        By:  */s/ Scott Edelsberg*
                                             Scott Edelsberg
                                             Attorneys for Plaintiff
                                             Scott Dickinson


DATED: June 29, 2021                    MCGUIREWOODS LLP


                                        By:  */s/ Jamie D. Wells*

| | |
|---|---|
| 1 | |
| 2 | Jamie D. Wells<br>Attorneys for Defendant<br>The 1 Delivery Service Inc. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**SIGNATURE ATTESTATION**

I, Jamie D. Wells am the ECF User whose identification and password are being used to file the foregoing STIPULATION AND NOTICE OF SETTLEMENT. Pursuant to L.R. 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

By: */s/ Jamie D. Wells*
Jamie D. Wells

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, a copy of foregoing STIPULATION AND NOTICE OF SETTLEMENT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: June 29, 2021                    By: */s/ Jamie D. Wells*
                                               Jamie D. Wells