1  **MCGUIREWOODS LLP**
   Jamie D. Wells (SBN 290827)
2  Two Embarcadero Center
   Suite 1300
3  San Francisco, CA 94111
   Telephone: 415.844.9944
4  Facsimile: 415.844.9922
   Email: jwells@mcguirewoods.com
5
   Attorneys for Defendant
6  The 1 Delivery Service Inc.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | SCOTT DICKINSON,                         | CASE NO. 3:21-cv-00813-CRB
   | individually and on behalf of all others |
12 | similarly situated,                      | [~~PROPOSED~~] **ORDER GRANTING STIPULATION VACATING ALL DEADLINES DUE TO NOTICE OF SETTLEMENT**
   |                                          |
13 |         Plaintiff,                       |
   |                                          |
14 |    vs.                                   |
   |                                          |
15 | THE 1 DELIVERY SERVICE INC.,             |
   | a California corporation,                |
16 |                                          |
   |         Defendant.                       |
17

18

19

20

21

22

23

24

25

26

27

28

                            1
                   [~~PROPOSED~~] ORDER

1     Based upon the stipulation of Plaintiff Scott Dickinson, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant The 1 Delivery Service Inc. ("Defendant") and good cause appearing, the Court hereby vacates all deadlines, including the parties' July 16, 2021 deadline to file a joint case management statement and July 23, 2021 initial case management conference, in light of the parties' notice of settlement.

DATED: June 30, 2021

_____
The Honorable Charles R. Breyer