**SHAMIS & GENTILE, P.A.**
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299
jmoyer@shamisgentile.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DICKINSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>THE 1 DELIVERY SERVICE INC., a California corporation,<br><br>*Defendant*. | Case No. 3:21-cv-00813-CRB<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF DISMISSAL** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Scott Dickinson, and Defendant, The 1 Delivery Service Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Scott Dickinson, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 4, 2021

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Joshua Moyer*
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299
jmoyer@shamisgentile.com

*Counsel for Plaintiff*

**MCGUIREWOODS LLP**
*/s/ Jamie D. Wells*
David C. Powell (SBN 129781)
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922
dpowell@mcguirewoods.com
jwells@mcguirewoods.com

*Counsel for Defendant*

2
**JOINT STIPULATION OF DISMISSAL**

### Certificate of Service

I hereby certify that on August 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Joshua Moyer*
       Joshua Moyer, Esq.

**JOINT STIPULATION OF DISMISSAL**